82,465-02

COURT OF CRIMINAL APPEALS TEXAS
TR.CT.NO.11-05-13820B — WR-82,465-02

ATT: ABEL ACOSTA, CLERK

OFFENDER, Charles Edward BARLEY, TDCJ-
#1818237. I would Like To NoTiFy
This COURT, That The APPLICANT has
been discharged FROM The TDCJ, Hosp-
iTaL GaLvesTon UniT. PeTTioner has
been TRANSFERED back To his ASSiGNED,
WynNe UNiT, HUNTsviLLe. Tx...
PeTTioner REQUEST A FiLe DockeT be provided
PeTTioner would use For PERSONAL RECORd.
THankyou.

Charles Edward BARLEY
PeTTioner 103-07-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk